# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUDWIK ELECTRIC SERVICE INC. | § | Case No. 10-49124 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/03/2013 in Courtroom 680,
> United States Courthouse
> 219 S. Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/09/2013              By: /s/ Andrew J. Maxwell
                                                          Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
LUDWIK ELECTRIC SERVICE INC. §    Case No. 10-49124
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,500.00 |
| and approved disbursements of | $ | 112.74 |
| leaving a balance on hand of[1] | $ | 9,387.26 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,700.00 | $ 0.00 | $ 1,700.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 12,739.50 | $ 0.00 | $ 7,678.04 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 15.30 | $ 0.00 | $ 9.22 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 7.90 | $ 7.90 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 9,387.26 |
| Remaining Balance | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 90,878.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bank of America | $ 63,756.40 | $ 0.00 | $ 0.00 |
| 000002A | Illinois Department of Employment Security | $ 259.77 | $ 0.00 | $ 0.00 |
| 000002B | Illinois Department of Employment Security | $ 300.00 | $ 0.00 | $ 0.00 |
| 000003 | Discover Bank | $ 8,886.05 | $ 0.00 | $ 0.00 |
| 000004 | American Express Bank, FSB | $ 10,892.10 | $ 0.00 | $ 0.00 |
| 000005A | Illinois Department of Revenue | $ 3,026.89 | $ 0.00 | $ 0.00 |
| 000006 | Active Electric Supply Co | $ 3,757.17 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

        Prepared By: /s/Andrew J. Maxwell
                 Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Ludwik Electric Service Inc.  
      Debtor  

Case No. 10-49124-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: tmaurer   Page 1 of 2   Date Rcvd: Sep 10, 2013  
                      Form ID: pdf006  Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2013.
```
db           +Ludwik Electric Service Inc.,    5915 N. Milwaukee Ave.,    Chicago, IL 60646-5419
16367759     +Active Electric Supply Co,    James P Ziegler,    1 E. Wacker Dr. #2610,    Chicago, IL 60601-2001
16367760      American Express,    PO Box 26312,    Lehigh Valley, PA 18002-6312
18974994      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16367762     #Bank of America,    PO Box 53150,    Phoenix, AZ 85072-3150
16367761     +Bank of America,    NC1-001-07-06,    101 N. Tryon St,    Charlotte, NC 28246-0100
16367763     +Bankcard Services,    PO Box 4477,    Beaverton, OR 97076-4401
16367764     +Bright Electric,    C/O Stone Pogrund & Korey,    1 E. Wacker Dr. #2610,    Chicago, IL 60601-2001
16367765      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
16367766      Chase,    PO Box 15548,    Wilmington, DE 19886-5548
16367767     +Citibank,    % Blatt Hasenmiller Leibsker et al.,    125 S. Wacker Dr., Suite 400,
               Chicago, IL 60606-4440
16367768     +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
16367769     +Concord Electric,    C/O Baker & Miller PC,    29 N. Wacker Dr., 5th Fl.,    Chicago, IL 60606-3221
16367771     +Dana B. Davidson CPA Co. PC,    1890 Techny Ct.,    Northbrook, IL 60062-5474
16367773     +Federated Mutual,    C/O Teller Levit Silvertrust,    11 E. Adams 8th Floor,
               Chicago, IL 60603-6301
16602687      Generac Power Systems,    NW 5093,    P.O. Box 1450,    Minneapolis, MN  55485-5093
16367774     +Highland Crossing Condo Assn,    C/O Stitt Klein Daday Aretos et al,    2550 W Golf Rd Suite 250,
               Rolling Meadows, IL 60008-4014
16602688      Home Depot,    Dept 32-2003477274,    POB 183175,    Columbus, OH  43218-3175
16367775     +Idlewood Electric Supply,    114 Skokie Valley Rd.,    Highland Park, IL 60035-4495
17453030     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
19092179      Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
16367776     +Marshall Electric Supply Inc,    7400 N. Western,    Chicago, IL 60645-1796
16367777      Mercedes-Benz,    PO Box 9001680,    Louisville, KY 40290-1680
16367778     +R H Donnellyey Inc.,    C/O Jack H. Rottner,    PO Box 10417,    Chicago, IL 60610-0417
16367779      Swift Financial,    PO Box 3023,    Milwaukee, WI 53201-3023
16367780     +Swift Financial,    PO Box 9258,    Wilmington, DE 19809-0258
16367782     +Wells Fargo,    PO Box 348750,    Sacramento, CA 95834-8750
16602689      Willow Electrical Supply Co Inc,    3828 Des Plaines River Rd,    Schiller Park, IL  60176
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16367772      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 11 2013 02:18:07     Discover,    PO Box 3023,
               New Albany, OH 43054-3023
18756037      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 11 2013 02:18:07     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany OH 43054-3025
16367783     +E-mail/Text: scd_bankruptcynotices@grainger.com Sep 11 2013 02:39:51     WW Grainger Inc,
               7300 N. Melvina Ave.,    Niles, IL 60714-3998
                                                                                              TOTAL: 3
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16602690*    +Confidential Credit Consultants Cor,    43 E. Jefferson Suite 200,    Naperville, IL 60540-4790
16602686*     Mercedes-Benz,    POB 9001680,    Louisville, KY  40290-1680
16367770    ##+Confidential Credit Consultants Cor,    43 E. Jefferson Suite 200,    Naperville, IL 60540-4790
16367781    ##+Teller Levit & Silvertrust PC,    11 E. Adams St,    Chicago, IL 60603-6324
                                                                                              TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2013                        Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: tmaurer              Page 2 of 2            Date Rcvd: Sep 10, 2013
                              Form ID: pdf006            Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2013 at the address(es) listed below:
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
              Jaclyn H. Smith     on behalf of Attorney Andrew   Maxwell smith.jaclyn.h@gmail.com,
               preferences_ml@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
               naelipas@maxwellandpotts.com
              Jonathan N Rogers    on behalf of Creditor    Highland Crossing Condominium Association
               jrogers@skdaglaw.com
              Joseph  Wrobel    on behalf of Debtor    Ludwik Electric Service Inc.
               josephwrobel@chicagobankruptcy.com,   j.bergner@chicagobankruptcy.com,
               ;j.wrobel.ltd@chicagobankruptcy.com
              Kathryn A Klein    on behalf of Creditor    DCFS USA, L.L.C. iln@riezmanberger.com
              Nicole A Elipas    on behalf of Attorney Andrew   Maxwell naelipas@maxwellandpotts.com,
               maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwell
               andpotts.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Vikram R Barad    on behalf of Attorney Andrew   Maxwell vbarad@maxwellandpotts.com,
               maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
               cjcapo@maxwellandpotts.com
              Vikram R Barad    on behalf of Trustee Andrew J Maxwell, ESQ vbarad@maxwellandpotts.com,
               maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
               cjcapo@maxwellandpotts.com
                                                                                             TOTAL: 9
```