# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:   §
         §
LUDWIK ELECTRIC SERVICE INC.   §   Case No. 10-49124
         §
Debtor(s)   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Mercedes-Benz PO Box 9001680 Louisville, KY 40290-1680 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| REFUND OF BANK SERV, FEE | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15548 Wilmington, DE 19886-5548 | | | | | |
| | Client Services, Inc. 3451 Harry Truman Blvd. Saint Charles, MO 63301-4047 | | | | | |
| | Client Services, Inc. 3451 Harry Truman Blvd. Saint Charles, MO 63301-4047 | | | | | |
| | Confidential Credit Consultants Cor 43 E. Jefferson Suite 200 Naperville, IL 60540 | | | | | |
| | Creditor #: 1 Active Electric C/O Stone Pogrund & Korey 1 E. Wacker Dr. #2610 Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 10 Client Services, Inc./Citicards PO Box 1503 Saint Peters, MO 63376-0027 | | | | | |
| | Creditor #: 11 Concord Electric C/O Baker & Miller PC 29 N. Wacker Dr., 5th Fl. Chicago, IL 60606-2854 | | | | | |
| | Creditor #: 12 Dana B. Davidson CPA Co. PC 1890 Techny Ct. Northbrook, IL 60062 | | | | | |
| | Creditor #: 13 Discover PO Box 3023 New Albany, OH 43054-3023 | | | | | |
| | Creditor #: 14 Federated Mutual C/O Teller Levit Silvertrust 11 E. Adams 8th Floor Chicago, IL 60603 | | | | | |
| | Creditor #: 15 Generac Power Systems NW5093 PO Box 1450 Minneapolis, MN 55485-5093 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 16 Highland Crossing Condo Assn C/O Stitt Klein Daday Aretos et al 2550 W. Golf Rd. 10th Fl Rolling Meadows, IL 60008 | | | | | |
| | Creditor #: 17 Home Depot Dept 32-2003477274 PO Box 183175 Columbus, OH 43218-3175 | | | | | |
| | Creditor #: 18 Idlewood Electric Supply 114 Skokie Valley Rd. Highland Park, IL 60035-4495 | | | | | |
| | Creditor #: 19 Marshall Electric Supply Inc 7400 N. Western Chicago, IL 60645 | | | | | |
| | Creditor #: 2 American Express PO Box 26312 Lehigh Valley, PA 18002-6312 | | | | | |
| | Creditor #: 20 R H Donnellyey Inc. C/O Jack H. Rottner PO Box 10417 Chicago, IL 60610 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 21 Swift Financial PO Box 3023 Milwaukee, WI 53201-3023 | | | | | |
| | Creditor #: 22 Wells Fargo PO Box 348750 Sacramento, CA 95834 | | | | | |
| | Creditor #: 23 Willow Electrical Supply Co Inc 3828 Des Plaines River Rd Schiller Park, IL 60176 | | | | | |
| | Creditor #: 24 WW Grainger Inc 7300 N. Melvina Ave. Niles, IL 60714 | | | | | |
| | Creditor #: 3 Bank of America NC1-001-07-06 101 N. Tryon St Charlotte, NC 28255-0001 | | | | | |
| | Creditor #: 4 Bank of America PO Box 53150 Phoenix, AZ 85072-3150 | | | | | |
| | Creditor #: 5 Bankcard Services PO Box 4477 Beaverton, OR 97076-4477 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 6 Bright Electric C/O Stone Pogrund & Korey 1 E. Wacker Dr. #2610 Chicago, IL 60601 | | | | | |
| | Creditor #: 7 Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Creditor #: 8 Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Creditor #: 9 Citibank % Blatt Hasenmiller Leibsker et al. 125 S. Wacker Dr., Suite 400 Chicago, IL 60602-3702 | | | | | |
| | Swift Financial PO Box 9258 Wilmington, DE 19809 | | | | | |
| | Teller Levit & Silvertrust PC 11 E. Adams St Chicago, IL 60603 | | | | | |
| 000006 | ACTIVE ELECTRIC SUPPLY CO | | | | | |
| 000004 | AMERICAN EXPRESS BANK, FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | BANK OF AMERICA | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000002B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000002A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000005A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-49124 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LUDWIK ELECTRIC SERVICE INC. | | | Date Filed (f) or Converted (c): | 11/01/10 (f) |
| | | | | 341(a) Meeting Date: | 01/05/11 |
| For Period Ending: | 10/30/13 | | | Claims Bar Date: | 07/03/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking - Northern Trust | 4,458.54 | 4,458.54 | | 0.00 | FA |
| 2. 2008 Mercedes ML320 In debtor's possession | 29,490.00 | 29,490.00 | | 3,000.00 | FA |
| 3. 1996 Dodge Van 3500 In debtor's possession 95,000 | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 4. 2000 Dodge Van 3500 In debtor's possession - 97,00 | 1,900.00 | 1,900.00 | | 1,500.00 | FA |
| 5. 2003 Chevrolet Express Van 350 - 64,500 miles | 3,200.00 | 3,200.00 | | 1,500.00 | FA |

TOTALS (Excluding Unknown Values)   $40,548.54   $40,548.54   $7,500.00   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

various business assets and a/r being investgated

Initial Projected Date of Final Report (TFR): 12/31/12   Current Projected Date of Final Report (TFR): 12/31/13

LFORM1  Ver: 17.04

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-49124 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LUDWIK ELECTRIC SERVICE INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7837 Checking Account |
| Taxpayer ID No: | *******5335 | | | |
| For Period Ending: | 10/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,498.85 | | 1,498.85 |
| 09/14/12 | 3 | Ludwik's Electric Inc. | Deposit | 1129-000 | 1,500.00 | | 2,998.85 |
| | | 5915 N. Milwaukee Ave. | | | | | |
| | | Chicago, IL 60646 | | | | | |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.36 | 2,997.49 |
| 10/17/12 | 5 | Ludwik's Electric Inc. | Deposit | 1129-000 | 1,500.00 | | 4,497.49 |
| | | 5915 N. Milwaukee Ave | | | | | |
| | | Chicago, IL 60646 | | | | | |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.34 | 4,495.15 |
| 11/27/12 | 4 | Ludwik's Electric Inc. | Deposit | 1129-000 | 1,500.00 | | 5,995.15 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.89 | 5,992.26 |
| 12/31/12 | 2 | Ludwik's Electric Inc | Debtor Deposit | 1129-000 | 1,500.00 | | 7,492.26 |
| | | 5915 N Milwaukee ave | | | | | |
| | | Chicago IL 60646-5419 | | | | | |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.85 | 7,488.41 |
| 01/30/13 | | LUDWIK'S ELECTRIC INC | Debtor's Deposit | 1129-000 | 2,000.00 | | 9,488.41 |
| | | 5915 N. Milwaukee ave | | | | | |
| | | Chicago, IL 60646-5419 | | | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.32 | 9,477.09 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.73 | 9,464.36 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 7.90 | 9,456.46 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.07 | 9,442.39 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.58 | 9,428.81 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.02 | 9,414.79 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.55 | 9,401.24 |

Page Subtotals     9,498.85     97.61

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2      Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 10-49124 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LUDWIK ELECTRIC SERVICE INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7837 Checking Account |
| Taxpayer ID No: | *******5335 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.98 | 9,387.26 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.96 | 9,373.30 |
| 10/04/13 | 010002 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,700.00 | 7,673.30 |
| 10/04/13 | 010003 | MAXWELL LAW GROUP, LLC<br>105 W ADAMS ST<br>SUITE 3200<br>CHICAGO, IL 601603 | FINAL PAYMENT<br>O/C 10/3<br><br>Fees    7,664.10<br>Expenses    9.20 | <br><br><br><br>3110-000<br>3120-000 | | 7,673.30 | 0.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.49 | -13.49 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,498.85 | 9,512.34 | -13.49 |
| Less: Bank Transfers/CD's | 1,498.85 | 0.00 | |
| Subtotal | 8,000.00 | 9,512.34 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,000.00 | 9,512.34 | |

Page Subtotals     0.00     9,414.73

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-49124 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | LUDWIK ELECTRIC SERVICE INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6113  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5335 | | |
| For Period Ending: | 10/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/16/12 | 2 | Ludwik Electric Inc. | RCPTS - LIQUID. OF PERSONAL PROP. | 1129-000 | 1,500.00 | | 1,500.00 |
| 08/30/12 | | Bank of America, N.A. | BANK FEES | 2600-000 | | 1.15 | 1,498.85 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 1,498.85 | 0.00 |

|  |  | COLUMN TOTALS | 1,500.00 | 1,500.00 | 0.00 |
| --- | --- | --- | --- | --- | --- |
|  |  | Less:  Bank Transfers/CD's | 0.00 | 1,498.85 | |
|  |  | Subtotal | 1,500.00 | 1.15 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 1,500.00 | 1.15 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********7837 | 8,000.00 | 9,512.34 | -13.49 |
| Money Market - Interest Bearing - ********6113 | 1,500.00 | 1.15 | 0.00 |
| | 9,500.00 | 9,513.49 | -13.49 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    1,500.00    1,500.00

Ver: 17.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*